UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CRIMINAL MINUTES-INITIAL APPEARANCE

CASE NO.: 6:24-MJ-6038-1-HAI            At LONDON            Date: April 15, 2024

U.S.A. v.  Scott Blair        X  present  X  custody  ___ OR AGE:___

DOCKET ENTRY: Hearing commenced via videoconference, with Counsel and Defendant present in the Courtroom in London, KY, and Judge Hanly Ingram present in the Courtroom in Lexington, KY. Defendant consented to the hearing proceeding via videoconference. Defendant, after being sworn, competently, knowingly, voluntarily and intelligently waived his right to a preliminary hearing. The United States made an oral motion for detention of Defendant, and counsel for Defendant requested a continuance of the detention hearing. The Court finds the United States has a right to the detention hearing based on the charges.

The United States' oral motion for detention is GRANTED, without prejudice of the Defendant's right to have a full *de novo* hearing. Defendant's oral motion for a general continuance is GRANTED. Upon the filing of a motion by Defendant, the Court will promptly schedule a detention hearing.

**Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with *Brady* and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.**

PRESENT: HON. HANLY A. INGRAM, UNITED STATES MAGISTRATE JUDGE (via video)

| Joshua Powers | Audio File Number | Justin Blankenship |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

I, Joshua Powers, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file: KYED-LON_6-24-MJ-6038-1-HAI_20240415_141743.

COUNSEL FOR DEFENDANT: Ned Pillersdorf    X  present  **X** retained  __appointed

PROCEEDINGS: INITIAL APPEARANCE

**X**     Copy of complaint given to the defendant.

**X**     Defendant states true name is correct as listed on the complaint.

**X**     Defendant requests the Court to appoint counsel.

_        The Court has reviewed Defendant's financial affidavit. The Court determines that Defendant qualifies for CJA appointment.

| | |
|---|---|
| _ | The Court appoints____ as counsel for Defendant under the terms of the Criminal Justice Act. |
| **X** | Defendant advised of Constitutional Rights pursuant to Rule 5(d). |
| **X** | Defendant advised of the nature of charges and possible penalties. |
| **X** | The Court verified that the United States was pursuing appropriate notification of potential victim(s), per 18 U.S.C. § 3771. |
| _ | Defendant released pursuant to the terms and conditions set forth in the Order Setting Conditions of Release |
| **X** | Defendant remanded to the custody of the United States Marshal. |
| **X** | US Probation Office directed to prepare and circulate the Pretrial Services Report to counsel via email. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as required by 18 U.S.C. §3153(c)(1). Counsel shall either return the pretrial services report prepared by the United States Probation Office to the USPO, or shall permanently delete/destroy all copies thereof (such as electronic copies in an inbox or sent mail folder). |

Copies: COR, USP, USM, LON CD
 Clerk's initials: jp

TIC: 19 min.

Signed By:
*Hanly A. Ingram*
**United States Magistrate Judge**